UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Lisa Marie Haydon**              Case No.:     **18-26056-VFP**

                                            Chapter:      **7**

                                            Judge:        **Vincent F. Papalia**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| --- | --- |
| | United States Bankruptcy Court |
| | 50 Walnut Street |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on October 23, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of Property: **67 Averell Drive, Morris Plains/Parsippany, New Jersey**

**Current Market Value of Property: $425,000.00**
**Estimated Cost of Sale: $42,500.00**

Liens on property:  **Select Portfolio: $526,721.00**

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name:        Benjamin A. Stanziale, Jr., Trustee

Address:     29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393