| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| In Re: |
| Lisa Marie Haydon |
| Debtor, |

Order Filed on September 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-26056

Hearing Date:  10/10/2018 at 10:00 AM

Judge:  Vincent F. Papalia

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR THE DEBTOR'S FAILURE TO MEET CREDIT COUNSELING REQUIREMENTS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

☐ The ☐ debtor ☐ joint debtor did not file a Certificate of Credit Counseling with the petition,

☐ The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition,

☒ The ☒ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

and it is hereby

ORDERED that the ☒ debtor ☐ joint debtor shall appear before the Honorable _____Vincent F. Papalia_____ on __October 10, 2018__ at __10:00am__ in Courtroom number ___3B___, _____50 Walnut Street, Newark, NJ 07102_____, to show cause why this case should not be dismissed for failure to comply with the credit counseling requirements of the Bankruptcy Code.

*new.10/1/15*

2