UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re:  **Lisa Marie Haydon** | Case No.: | **18-26056-VFP** |
| | Chapter: | **7** |
| | Judge: | **Vincent F. Papalia** |

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| | United States Bankruptcy Court |
| | 50 Walnut Street |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on October 23, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| |
|---|
| Description and value of Property:**67 Averell Drive,  Morris Plains/Parsippany, New Jersey** |
| |
| **Current  Market Value of Property:  $425,000.00** |
| **Estimated Cost of Sale:  $42,500.00** |
| |

| |
|---|
| Liens on property:  **Select Portfolio: $526,721.00** |
| |
| |

| |
|---|
| Amount of equity claimed as exempt: |
| |

Objections must be served on, and requests for additional information directed to:

Name:        Benjamin A. Stanziale, Jr., Trustee

Address:        29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-26056-VFP
Lisa Marie Haydon                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin           Page 1 of 2           Date Rcvd: Sep 19, 2018
                              Form ID: pdf905        Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             #Lisa Marie Haydon,    67 Averell Dr,    Parsippany, NJ  07950-1961
517696055      +AWL- American Web Loan,    2128 N 14th St. #130,    Ponca City, OK 74601-1831
517696047       Ally Financal,    P.O. Box 380901,    Bloomington, IA 50266
517696048      +American Express Centurion Services Corp,    c/o Jaffe & Asher,    1107 Goffle Road,
                Hawthorne, New Jersey 07506-2000
517696049      +Atlantic Credit & Finance Inc.,    c/o Credit One Bank, N.A.,    PO Box 2083,
                Warren, MI 48090-2083
517696057      +Chase Bank,    599 Speedwell Ave.,    Morris Plains, NJ 07950-2296
517696058      +Chase Visa,    201 N. Walnut Street,    Wilmington, DE 19801-2920
517696061     #+Deily and Glastetter LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
517696069      +FMA Alliance LTD,    12339 Cutten Rd,    Houston, TX 77066-1807
517696065      +First National Credit Card,    500 E. 60th Street N,    Sioux Dalls, SD 57104-0478
517696067      +First Savings CC,    PO BOX 5019,    Sioux Falls, SD 57117-5019
517696066      +First national Credit Card ( Attention C,    500 E 60th St N,    Sioux Falls, SD 57104-0478
517696072      +Focus Receivables MGT. LLC,    1130 Northchase Parkway Suite# 150,    Marietta, GA 30067-6429
517696071      +Focus Receivables Mgt. LLC,    1130 Northchase Parkway  Suite 150,    Marietta, GA 30067-6429
517696075      +Global Holding and Investment Co., Inc.,    c/o Daryl Epstein, Esq.,    110 Wall St,
                New York, New York 10005-3801
517696077      +Golden Valley Lending,    635 East Hwy 20,    East Upper lake, Ca 95485-8793
517696076      +Golden Valley Lending,    635 East Hwy. 20 E,    Upper Lake, CA 95485-8793
517696086      +Maxlend,    PO BOX 428,    Parshall, ND 58770-0428
517696087       Mercantile Innovation Solutions,    C/O KOHL'S,    165 Lawrence Bell Drive  Suite 100,
                Willaimsville, NY 14221-7900
517696089      +Northland Group,    c/o KOHL'S,    PO Box 390846,    Minneapolis, MN 55439-0846
517696092      +Peerform,    711 3rd Ave.,    New York, NY 10017-4029
517696093       Peerform,    c/o Cross River Bank,    711 3rd Ave. Fl. 6,    New York, NY 10017-4029
517696095      +Prosper,    221 Main Street  Suite 300,    San Francisco, CA 94105-1909
517696096      +Raymour and Flanigan,    c/o Wells Fargo,    7000 Vista Drive West,    Des Moines, IA 50266-9310
517696099      +Skyview Heights Homeowners Association,,    c/o Buckalew Frizzel Crevina,    55 Harristown Road,
                Glen Rock, New Jersey 07452-3313
517696103      +Tenaglia & Hunt,    c/o One Main Financial,    395 west Passaic Street  Suite 205,
                Rochelle Park, NJ 07662-3016
517696104      +The Adams Law Firm LLC  Att: Robert M. A,    c/o Donna Archer,    46 Elinora Drive,
                Wanaque, NJ 07465-1603
517696106      +Van Ru Credit Corp.,    c/o Discover Financial,    PO Box 1259 Dept.# 96307,
                Oaks, PA 19456-1259
517696107      +Vital Recovery Services LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
517696110      +Wells Fargo,    7000 Vista Drive West,    Des Moines , IA 50266-9310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2018 21:59:08      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2018 21:59:08      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517696051      +E-mail/Text: ACF-EBN@acf-inc.com Sep 19 2018 21:58:53      Atlantic Credit and Finance,
                3353 Orange Ave. NE,    Roanoke, VA 24012-6335
517696052      +E-mail/Text: bk@avant.com Sep 19 2018 21:59:21      Avant,    222 N Lasalee Street Suite 1700,
                Chicago, IL 60601-1101
517696054      +E-mail/Text: bk@avant.com Sep 19 2018 21:59:21      Avant,    c/o WebBank,
                640 N LasSalle St. Suite 535,    Chicago, IL 60654-3731
517696056       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 22:05:08      Capital One,
                PO Box 85015,    Richmond, VA 23285
517696059      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 19 2018 22:04:41      Credit One,
                PO BOX 98873,    Las Vegas, NV 89193-8873
517696063       E-mail/Text: mrdiscen@discover.com Sep 19 2018 21:58:55      Discover,    PO Box 30943,
                Salt Lake city , UT 84130-0943
517696064      +E-mail/Text: mrdiscen@discover.com Sep 19 2018 21:58:55      Discover Card,    PO Box 71084,
                Charlotte, NC 28272-1084
517696073      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 22:04:40      Freshview,
                4340S Monaco Street Suite 400,    Denver, CO 80237-3485
517696074      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 22:05:09      Freshview,
                c/o CACH, LLC,    4340 S. Monaco Street  Suite 400,    Denver, CO 80237-3485
517696078      +E-mail/Text: collections@greentrustcash.com Sep 19 2018 21:59:22      Green Trust,    PO BOX 340,
                Hays, MT 59527-0340
517696080      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 19 2018 21:58:56      KOHL*S,    PO BOX 2983,
                Milwaukee, WI 53201-2983
517696084      +E-mail/Text: ebn@ltdfin.com Sep 19 2018 21:59:03      LTD Financial,
                7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517696082      +E-mail/Text: bk@lendingclub.com Sep 19 2018 21:59:18      Lending Club,
                71 Stevenson Street  Suite 300,    San francisco, CA 94105-2985
517696088      +E-mail/Text: bankruptcy@ldf-holdings.com Sep 19 2018 21:59:25
                NIIWIN LLC d/b/a/ lendgreen.com,    PO Box 221,    Lac du Flambeau, WI 54538-0221

```
District/off: 0312-2          User: admin           Page 2 of 2              Date Rcvd: Sep 19, 2018
                              Form ID: pdf905        Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517696091     +E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 22:04:36      One Main Financial,
               601 NW 2nd Street,   Evansville, IN 47708-1013
517696090     +E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 22:04:37      One Main Financial,
               601 NW 2nd Styreet,  Evansville, IN 47708-1013
517696097     +E-mail/Text: bk@rgsfinancial.com Sep 19 2018 21:58:54      RGS,    PO BOX 852039,
               Richardson, TX 75085-2039
517696100      E-mail/PDF: cbp@onemainfinancial.com Sep 19 2018 22:05:05       Springleaf,    601 NW 2nd Street,
               Evansville, IN 47708
517696102     +E-mail/Text: jennifer.chacon@spservicing.com Sep 19 2018 21:59:30
               SPS Portfolio Servicing, Inc.,    PO Box 65250,   Salt Lake City, UT 84165-0250
517696105      E-mail/Text: marisa.sheppard@timepayment.com Sep 19 2018 21:59:11      Time Payment Corp.,
               16 NE Executive Park #200,   Burlington, MA 01803
517696109     +E-mail/Text: bk@avant.com Sep 19 2018 21:59:21      Webbank c/o Avant,
               640 N Lasalee St. Suite # 535,   Chicago, LI 60654-3731
                                                                          TOTAL: 23


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517696094      Prosper
517696050*    +Atlantic Credit & Finance Inc.,   c/o Credit One Bank, N.A.,   PO Box 2083,
               Warren, MI 48090-2083
517696053*    +Avant,   222 N Lasalee St. Suite 1700,   Chicago, IL 60601-1101
517696060*    +Credit One,   PO BOX 98873,   Las Vegas, NV 89193-8873
517696062*    +Deily and Glastetter LLP,   8 Thurlow Terrace,   Albany, NY 12203-1006
517696070*    +FMA Alliance LTD,   12339 Cutten Road,   Houston, TX 77066-1807
517696068*    +First Savings CC,   PO Box 5019,   Sioux Falls, SD 57117-5019
517696079*    +Green Trust,   PO Box 340,   Hays, MT 59527-0340
517696081*    +KOHL'S,   PO Box 2983,   Milwaukee, WI 53201-2983
517696083*    +LENDING CLUB,   71 Stevenson Street Suite 300,   San Francisco, CA 94105-2985
517696085*    +LTD Financial,   7322 Southwest Freeway Suite 1600,   Houston, TX 77074-2134
517696098*    +RGS,   PO Box 852039,   Richardson, TX 75085-2039
517696101*   ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
               (address filed with court: Springleaf,   601 NW 2nd Street,   Evansville, IN 47708)
517696108*    +Vital Recovery Services, LLC,   PO Box 923748,   Peachtree Corners, GA 30010-3748
                                                                          TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
```
          Alexander J. Rinaldi   on behalf of Debtor Lisa Marie Haydon jessica@srr-law.com
          Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Kevin Gordon McDonald   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,
           et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5
```