## SALNY REDBORD AND RINALDI

COUNSELLORS AT LAW

9 EYLAND AVENUE AT ROUTE 10

SUCCASUNNA, NEW JERSEY 07876

(973) 584-1520

GLENN L. REDBORD  
MEMBER N.J & D.C. BAR  
ALEXANDER J. RINALDI  
MEMBER N.J & N.Y BAR

FACSIMILE (973) 584-5377

MILFORD SALNY (1909-1980)

October 5, 2018

**Via ecourts**
The Hon. Vincent F. Papalia, J.U.S.B.Ct.
U.S. Bankruptcy Court
Dr. Martin Luther King, Jr. Fed. Bldg. & Cthse.; 3rd Fl.
50 Walnut St.
Newark, NJ 07102

    RE:   Haydon, Lisa Marie
           <u>Ch 7 18-26056</u>

Dear Judge Papalia:

Please be advised that this law firm continues to represent the above referenced Debtor, with regard to the Chapter 7 Order to Show Cause, scheduled before Your Honor on Wednesday, October 10, 2018.

In this regard, kindly accept the within correspondence in lieu of a more formal response to the Order to Show Cause.

It appears that the Debtor completed her Credit Counseling in or about January 28, 2018. However, her Ch 7 Petition for relief was not filed until August 10, 2018, after the statutory 180 days granted for the credit counseling. Therefore, the Debtor completed another Credit Counseling and the Certificate was submitted via ecourts on or about August 24, 2018 and thereafter completed the final course in or about September 11, 2018, which Certificate was also filed via ecourts.

It has come to our attention that the basis of the Order to Show Cause returnable before Your Honor on October 10, 2018 is that Debtor **inadvertently** checked the incorrect box on page 5 of the Petition.

As a result of Debtor's inadvertence, it is respectfully submitted that Your Honor withdraw the Order to Show Cause, since the error was due to her inadvertence, and the Debtor has successfully completed the credit counseling, and grant Debtor leave to proceed to Discharge.

Kindly advise accordingly.

Respectfully submitted,

SALNY REDBORD AND RINALDI
*/s/ Alexander J. Rinaldi*
Alexander J. Rinaldi, Esq.

AJR:dr
cc:    Ms. Haydon