| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lisa Marie Haydon<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–6582 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 7     8/10/18 |
| Case number: | 18–26056–VFP | Date case converted to chapter: | 13    12/12/18 |

# Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lisa Marie Haydon | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 67 Averell Dr<br>Parsippany, NJ 07950–1961 | |
| 4. | **Debtor's attorney**<br>Name and address | Alexander J. Rinaldi<br>Salny, Redbord and Rinaldi<br>9 Eyland Avenue at Route 10<br>Succasunna, NJ 07876 | Contact phone (973) 584–1520 |
| 5. | **Bankruptcy trustee**<br>Name and address | Marie–Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Contact phone 973–227–2840<br>www.magtrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 973–645–4764<br>Date: 12/13/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 22, 2019 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/25/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/20/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 18-26056-VFP
Lisa Marie Haydon                                              Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3        Date Rcvd: Dec 13, 2018
                              Form ID: 309I              Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             #Lisa Marie Haydon,    67 Averell Dr,    Parsippany, NJ 07950-1961
517696055      +AWL- American Web Loan,    2128 N 14th St. #130,    Ponca City, OK 74601-1831
517696047       Ally Financal,   P.O. Box 380901,    Bloomington, IA 50266
517696048      +American Express Centurion Services Corp,    c/o Jaffe & Asher,    1107 Goffle Road,
                 Hawthorne, New Jersey 07506-2000
517696049      +Atlantic Credit & Finance Inc.,    c/o Credit One Bank, N.A.,    PO Box 2083,
                 Warren, MI 48090-2083
517696057      +Chase Bank,   599 Speedwell Ave.,    Morris Plains, NJ 07950-2296
517696061      #+Deily and Glastetter LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
517696069      +FMA Alliance LTD,   12339 Cutten Rd,    Houston, TX 77066-1807
517696065      +First National Credit Card,    500 E. 60th Street N,    Sioux Dalls, SD 57104-0478
517696067      +First Savings CC,   PO BOX 5019,    Sioux Falls, SD 57117-5019
517696066      +First national Credit Card ( Attention C,    500 E 60th St N,    Sioux Falls, SD 57104-0478
517696072      +Focus Receivables MGT. LLC,    1130 Northchase Parkway Suite# 150,    Marietta, GA 30067-6429
517696071      +Focus Receivables Mgt. LLC,    1130 Northchase Parkway Suite 150,    Marietta, GA 30067-6429
517696075      +Global Holding and Investment Co., Inc.,    c/o Daryl Epstein, Esq.,    110 Wall St,
                 New York, New York 10005-3801
517696077      +Golden Valley Lending,    635 East Hwy 20,    East Upper lake, Ca 95485-8793
517696076      +Golden Valley Lending,    635 East Hwy. 20 E,    Upper Lake, CA 95485-8793
517696086      +Maxlend,   PO BOX 428,    Parshall, ND 58770-0428
517696087       Mercantile Innovation Solutions,    C/O KOHL'S,   165 Lawrence Bell Drive Suite 100,
                 Willaimsville, NY 14221-7900
517696089      +Northland Group,   c/o KOHL'S,    PO Box 390846,    Minneapolis, MN 55439-0846
517696092      +Peerform,   711 3rd Ave.,    New York, NY 10017-4029
517696093       Peerform,   c/o Cross River Bank,    711 3rd Ave. Fl. 6,    New York, NY 10017-4029
517696095      +Prosper,   221 Main Street Suite 300,    San Francisco, CA 94105-1909
517696099      +Skyview Heights Homeowners Association,,    c/o Buckalew Frizzel Crevina,    55 Harristown Road,
                 Glen Rock, New Jersey 07452-3313
517696103      +Tenaglia & Hunt,   c/o One Main Financial,    395 west Passaic Street Suite 205,
                 Rochelle Park, NJ 07662-3016
517696104      +The Adams Law Firm LLC Att: Robert M. A,    c/o Donna Archer,    46 Elinora Drive,
                 Wanaque, NJ 07465-1603
517696106      +Van Ru Credit Corp.,    c/o Discover Financial,    PO Box 1259 Dept.# 96307,
                 Oaks, PA 19456-1259
517696107      +Vital Recovery Services LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jessica@srr-law.com Dec 14 2018 00:39:02     Alexander J. Rinaldi,
                 Salny, Redbord and Rinaldi,   9 Eyland Avenue at Route 10,    Succasunna, NJ 07876
tr             +E-mail/Text: BNC@magtrustee.com Dec 14 2018 00:41:11     Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,   30 Two Bridges Rd,   Suite 330,    Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517696051      +E-mail/Text: ACF-EBN@acf-inc.com Dec 14 2018 00:39:12     Atlantic Credit and Finance,
                 3353 Orange Ave. NE,   Roanoke, VA 24012-6335
517696052      +E-mail/Text: bk@avant.com Dec 14 2018 00:40:59     Avant,   222 N Lasalee Street Suite 1700,
                 Chicago, IL 60601-1101
517696054      +E-mail/Text: bk@avant.com Dec 14 2018 00:40:59     Avant,   c/o WebBank,
                 640 N LasSalle St. Suite 535,    Chicago, IL 60654-3731
517696056       EDI: CAPITALONE.COM Dec 14 2018 04:59:00     Capital One,   PO Box 85015,   Richmond, VA 23285
517696058      +EDI: CHASE.COM Dec 14 2018 04:58:00     Chase Visa,   201 N. Walnut Street,
                 Wilmington, DE 19801-2920
517696059      +EDI: RCSFNBMARIN.COM Dec 14 2018 04:58:00     Credit One,   PO BOX 98873,
                 Las Vegas, NV 89193-8873
517696063       EDI: DISCOVER.COM Dec 14 2018 04:58:00     Discover,   PO Box 30943,
                 Salt Lake city , UT 84130-0943
517696064      +EDI: DISCOVER.COM Dec 14 2018 04:58:00     Discover Card,   PO Box 71084,
                 Charlotte, NC 28272-1084
517696073       EDI: RESURGENT.COM Dec 14 2018 04:59:00     Freshview,   4340S Monaco Street Suite 400,
                 Denver, CO 80237-3485
517696074      +EDI: RESURGENT.COM Dec 14 2018 04:59:00     Freshview,   c/o CACH, LLC,
                 4340 S. Monaco Street Suite 400,    Denver, CO 80237-3485
517696078      +E-mail/Text: collections@greentrustcash.com Dec 14 2018 00:41:04     Green Trust,   PO BOX 340,
                 Hays, MT 59527-0340
517696080      +EDI: CBSKOHLS.COM Dec 14 2018 04:58:00     KOHL*S,   PO BOX 2983,   Milwaukee, WI 53201-2983
517696084      +EDI: LTDFINANCIAL.COM Dec 14 2018 04:58:00     LTD Financial,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517696082      +E-mail/Text: bk@lendingclub.com Dec 14 2018 00:40:50     Lending Club,
                 71 Stevenson Street Suite 300,    San francisco, CA 94105-2985
517696088      +E-mail/Text: bankruptcy@ldf-holdings.com Dec 14 2018 00:41:10
                 NIIWIN LLC d/b/a/ lendgreen.com,    PO Box 221,   Lac du Flambeau, WI 54538-0221
```

```
District/off: 0312-2           User: admin              Page 2 of 3                 Date Rcvd: Dec 13, 2018
                               Form ID: 309I            Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517696091        +EDI: AGFINANCE.COM Dec 14 2018 04:58:00      One Main Financial,    601 NW 2nd Street,
                   Evansville, IN 47708-1013
517696090        +EDI: AGFINANCE.COM Dec 14 2018 04:58:00      One Main Financial,    601 NW 2nd Styreet,
                   Evansville, IN 47708-1013
517696097        +E-mail/Text: bk@rgsfinancial.com Dec 14 2018 00:39:14        RGS,   PO BOX 852039,
                   Richardson, TX 75085-2039
517696096        +EDI: WFFC.COM Dec 14 2018 04:58:00      Raymour and Flanigan,    c/o Wells Fargo,
                   7000 Vista Drive West,    Des Moines, IA 50266-9310
517696100         EDI: AGFINANCE.COM Dec 14 2018 04:58:00      Springleaf,    601 NW 2nd Street,
                   Evansville, IN 47708
517696102        +E-mail/Text: jennifer.chacon@spservicing.com Dec 14 2018 00:41:31
                   SPS Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
517696105         E-mail/Text: marisa.sheppard@timepayment.com Dec 14 2018 00:40:29        Time Payment Corp.,
                   16 NE Executive Park #200,    Burlington, MA 01803
517696109        +E-mail/Text: bk@avant.com Dec 14 2018 00:40:59       Webbank c/o Avant,
                   640 N Lasalee St. Suite # 535,    Chicago, LI 60654-3731
517696110        +EDI: WFFC.COM Dec 14 2018 04:58:00      Wells Fargo,    7000 Vista Drive West,
                   Des Moines , IA 50266-9310
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517696094          Prosper
517696050*       +Atlantic Credit & Finance Inc.,    c/o Credit One Bank, N.A.,    PO Box 2083,
                   Warren, MI 48090-2083
517696053*       +Avant,    222 N Lasalee St. Suite 1700,    Chicago, IL 60601-1101
517696060*       +Credit One,    PO BOX 98873,    Las Vegas, NV 89193-8873
517696062*       +Deily and Glastetter LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
517696070*       +FMA Alliance LTD,    12339 Cutten Road,    Houston, TX 77066-1807
517696068*       +First Savings CC,    PO Box 5019,    Sioux Falls, SD 57117-5019
517696079*       +Green Trust,    PO Box 340,    Hays, MT 59527-0340
517696081*       +KOHL'S,    PO Box 2983,    Milwaukee, WI 53201-2983
517696083*       +LENDING CLUB,    71 Stevenson Street Suite 300,    San Francisco, CA 94105-2985
517696085*       +LTD Financial,    7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517696098*       +RGS,    PO Box 852039,    Richardson, TX 75085-2039
517696101*       ++SPRINGLEAF FINANCIAL SERVICES,     P O BOX 3251,    EVANSVILLE IN 47731-3251
                  (address filed with court:   Springleaf,    601 NW 2nd Street,    Evansville, IN 47708)
517696108*       +Vital Recovery Services, LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
                                                                                   TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Alexander J. Rinaldi    on behalf of Debtor Lisa Marie Haydon jessica@srr-law.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2           User: admin                 Page 3 of 3           Date Rcvd: Dec 13, 2018
                               Form ID: 309I               Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6