**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security      0  Assumption of Executory Contract or Unexpired Lease      0  Lien Avoidance

**Last revised: September 1, 2018**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:    Case No.: 18-26056

Lisa Marie Haydon    Judge: VFP

Debtor(s)

**Chapter 13 Plan and Motions**

☒ Original    ☐ Modified/Notice Required    Date: 12/21/18

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: AJR    Initial Debtor: LMH    Initial Co-Debtor: _____

### Part 1:  Payment and Length of Plan

a. The debtor shall pay $ __510__ per __month__ to the Chapter 13 Trustee, starting on __January 1, 2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒  Future earnings

☐  Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection** ☒ **NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,000 |
| DOMESTIC SUPPORT OBLIGATION | | NONE |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. | Real Property | $26,000 | $0.00 | $26,000 | $2,028.14 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Ally Financial Auto Loan - Debtor will continue regular payment outside of Plan.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5: Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ __2,000_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) PRIORITY
3) SECURED
4) GENERAL UNSECURED

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 12/21/18                                     /S/ LISA MARIE HAYDON
                                                   Debtor

Date: 12/21/18                                     /S/ LISA MARIE HAYDON
                                                   Joint Debtor

Date: _____                       _____
                                                   Attorney for Debtor(s)

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 18-26056-VFP
Lisa Marie Haydon                                                   Chapter 13
           Debtor                 CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                  Page 1 of 2                  Date Rcvd: Dec 26, 2018
                             Form ID: pdf901              Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db             #Lisa Marie Haydon,    67 Averell Dr,    Parsippany, NJ   07950-1961
517696055      +AWL- American Web Loan,    2128 N 14th St. #130,    Ponca City, OK 74601-1831
517696047       Ally Financal,    P.O. Box 380901,    Bloomington, IA 50266
517696048      +American Express Centurion Services Corp,    c/o Jaffe & Asher,    1107 Goffle Road,
                 Hawthorne, New Jersey 07506-2000
517696049      +Atlantic Credit & Finance Inc.,    c/o Credit One Bank, N.A.,    PO Box 2083,
                 Warren, MI 48090-2083
517696057      +Chase Bank,   599 Speedwell Ave.,    Morris Plains, NJ 07950-2296
517696058      +Chase Visa,   201 N. Walnut Street,    Wilmington, DE 19801-2920
517696061     #+Deily and Glastetter LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
517696069      +FMA Alliance LTD,    12339 Cutten Rd,   Houston, TX 77066-1807
517696065      +First National Credit Card,    500 E. 60th Street N,    Sioux Dalls, SD 57104-0478
517696067      +First Savings CC,    PO BOX 5019,   Sioux Falls, SD 57117-5019
517696066      +First national Credit Card ( Attention C,    500 E 60th St N,    Sioux Falls, SD 57104-0478
517696072      +Focus Receivables MGT. LLC,    1130 Northchase Parkway Suite# 150,    Marietta, GA 30067-6429
517696071      +Focus Receivables Mgt. LLC,    1130 Northchase Parkway Suite 150,    Marietta, GA 30067-6429
517696075      +Global Holding and Investment Co., Inc.,    c/o Daryl Epstein, Esq.,    110 Wall St,
                 New York, New York 10005-3801
517696077      +Golden Valley Lending,    635 East Hwy 20,   East Upper lake, Ca 95485-8793
517696076      +Golden Valley Lending,    635 East Hwy. 20 E,    Upper Lake, CA 95485-8793
517696086      +Maxlend,   PO BOX 428,    Parshall, ND 58770-0428
517696087       Mercantile Innovation Solutions,    C/O KOHL'S,    165 Lawrence Bell Drive  Suite 100,
                 Williamsville, NY 14221-7900
517696089      +Northland Group,    c/o KOHL'S,   PO Box 390846,    Minneapolis, MN 55439-0846
517696092      +Peerform,   711 3rd Ave.,    New York, NY 10017-4029
517696093       Peerform,   c/o Cross River Bank,    711 3rd Ave. Fl. 6,    New York, NY 10017-4029
517696095      +Prosper,   221 Main Street   Suite 300,    San Francisco, CA 94105-1909
517696096      +Raymour and Flanigan,    c/o Wells Fargo,   7000 Vista Drive West,    Des Moines, IA 50266-9310
517696099      +Skyview Heights Homeowners Association,,    c/o Buckalew Frizzel Crevina,    55 Harristown Road,
                 Glen Rock, New Jersey 07452-3313
517696103      +Tenaglia & Hunt,    c/o One Main Financial,    395 west Passaic Street  Suite 205,
                 Rochelle Park, NJ 07662-3016
517696104      +The Adams Law Firm LLC  Att: Robert M. A,    c/o Donna Archer,    46 Elinora Drive,
                 Wanaque, NJ 07465-1603
517696106      +Van Ru Credit Corp.,    c/o Discover Financial,    PO Box 1259 Dept.# 96307,
                 Oaks, PA 19456-1259
517696107      +Vital Recovery Services LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
517696110      +Wells Fargo,   7000 Vista Drive West,    Des Moines , IA 50266-9310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 00:31:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 00:31:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517696051      +E-mail/Text: ACF-EBN@acf-inc.com Dec 27 2018 00:30:23      Atlantic Credit and Finance,
                 3353 Orange Ave. NE,    Roanoke, VA 24012-6335
517696052      +E-mail/Text: bk@avant.com Dec 27 2018 00:31:57      Avant,   222 N Lasalee Street Suite 1700,
                 Chicago, IL 60601-1101
517696054      +E-mail/Text: bk@avant.com Dec 27 2018 00:31:57      Avant,   c/o WebBank,
                 640 N LasSalle St. Suite 535,    Chicago, IL 60654-3731
517696056       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 27 2018 00:34:31      Capital One,
                 PO Box 85015,    Richmond, VA 23285
517696059      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 27 2018 00:34:39      Credit One,
                 PO BOX 98873,    Las Vegas, NV 89193-8873
517696063       E-mail/Text: mrdiscen@discover.com Dec 27 2018 00:30:25      Discover,   PO Box 30943,
                 Salt Lake city , UT 84130-0943
517927987       E-mail/Text: mrdiscen@discover.com Dec 27 2018 00:30:25      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517696064      +E-mail/Text: mrdiscen@discover.com Dec 27 2018 00:30:25      Discover Card,   PO Box 71084,
                 Charlotte, NC 28272-1084
517696073      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2018 00:34:07      Freshview,
                 4340S Monaco Street Suite 400,    Denver, CO 80237-3485
517696074      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2018 00:34:07      Freshview,
                 c/o CACH, LLC,    4340 S. Monaco Street  Suite 400,    Denver, CO 80237-3485
517696078      +E-mail/Text: collections@greentrustcash.com Dec 27 2018 00:32:00      Green Trust,    PO BOX 340,
                 Hays, MT 59527-0340
517696080      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 27 2018 00:30:30      KOHL*S,    PO BOX 2983,
                 Milwaukee, WI 53201-2983
517696084      +E-mail/Text: ebn@ltdfin.com Dec 27 2018 00:30:54      LTD Financial,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517696082      +E-mail/Text: bk@lendingclub.com Dec 27 2018 00:31:49      Lending Club,
                 71 Stevenson Street  Suite 300,    San francisco, CA 94105-2985
```

```
District/off: 0312-2            User: admin              Page 2 of 2               Date Rcvd: Dec 26, 2018
                                Form ID: pdf901          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517696088       +E-mail/Text: bankruptcy@ldf-holdings.com Dec 27 2018 00:32:05
                 NIIWIN LLC d/b/a/ lendgreen.com,    PO Box 221,   Lac du Flambeau, WI 54538-0221
517696091       +E-mail/PDF: cbp@onemainfinancial.com Dec 27 2018 00:33:10      One Main Financial,
                 601 NW 2nd Street,    Evansville, IN 47708-1013
517696090       +E-mail/PDF: cbp@onemainfinancial.com Dec 27 2018 00:33:43      One Main Financial,
                 601 NW 2nd Styreet,    Evansville, IN 47708-1013
517696097       +E-mail/Text: bk@rgsfinancial.com Dec 27 2018 00:30:25       RGS,    PO BOX 852039,
                 Richardson, TX 75085-2039
517696100        E-mail/PDF: cbp@onemainfinancial.com Dec 27 2018 00:33:43      Springleaf,    601 NW 2nd Street,
                 Evansville, IN 47708
517696102       +E-mail/Text: jennifer.chacon@spservicing.com Dec 27 2018 00:32:26
                 SPS Portfolio Servicing, Inc.,    PO Box 65250,   Salt Lake City, UT 84165-0250
517696105        E-mail/Text: marisa.sheppard@timepayment.com Dec 27 2018 00:31:32       Time Payment Corp.,
                 16 NE Executive Park #200,    Burlington, MA 01803
517696109       +E-mail/Text: bk@avant.com Dec 27 2018 00:31:57       Webbank c/o Avant,
                 640 N Lasalee St. Suite # 535,    Chicago, LI 60654-3731
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517696094         Prosper
517696050*      +Atlantic Credit & Finance Inc.,    c/o Credit One Bank, N.A.,    PO Box 2083,
                 Warren, MI 48090-2083
517696053*      +Avant,   222 N Lasalee St. Suite 1700,    Chicago, IL 60601-1101
517696060*      +Credit One,    PO BOX 98873,   Las Vegas, NV 89193-8873
517696062*      +Deily and Glastetter LLP,    8 Thurlow Terrace,   Albany, NY 12203-1006
517696070*      +FMA Alliance LTD,    12339 Cutten Road,   Houston, TX 77066-1807
517696068*      +First Savings CC,    PO Box 5019,   Sioux Falls, SD 57117-5019
517696079*      +Green Trust,    PO Box 340,   Hays, MT 59527-0340
517696081*      +KOHL'S,   PO Box 2983,    Milwaukee, WI 53201-2983
517696083*      +LENDING CLUB,    71 Stevenson Street Suite 300,   San Francisco, CA 94105-2985
517696085*      +LTD Financial,    7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517696098*      +RGS,   PO Box 852039,    Richardson, TX 75085-2039
517696101*     ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,   EVANSVILLE IN 47731-3251
                 (address filed with court: Springleaf,    601 NW 2nd Street,    Evansville, IN 47708)
517696108*      +Vital Recovery Services, LLC,    PO Box 923748,   Peachtree Corners, GA 30010-3748
                                                                                TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
          Alexander J. Rinaldi   on behalf of Debtor Lisa Marie Haydon jessica@srr-law.com
          Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,    nj45@ecfcbis.com
          Kevin Gordon McDonald   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,
           et al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Margaret Mcgee   on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```