| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## **CERTIFICATION OF SERVICE**

1. I, _____ :

    ❑ represent the _____ in the above-captioned matter.

    ❑ am the secretary/paralegal for _____, who represents the
    _____ in the above captioned matter.

    ❑ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____    _____
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |
|  |  | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>    (as authorized by the court *) |

Ally Financal
PO Box 380901
Bloomington, IA 50266

American Express Centurion Services Corp
c/o Jaffe & Asher
1107 Goffle Road
Hawthorn, New Jersey 07507

Atlantic Credit & Finance Inc.
c/o Credit One Bank, N.A.
PO Box 2083
Warren, MI 48090

Atlantic Credit & Finance Inc.
c/o Credit One Bank, N.A.
PO Box 2083
Warren, MI 48090

Atlantic Credit and Finance
3353 Orange Ave. NE
Roanoke, VA 24012

Avant
222 N Lasalee Street Suite 1700
Chicago, IL 60601

Avant
222 N Lasalee St. Suite 1700
Chicago, IL 60601

Avant
c/o WebBank
640 N LasSalle St. Suite 535
Chicago, IL 60654

AWL- American Web Loan
2128 N 14th St. #130
Ponca City, OK 74601

Capital One
PO Box 85015
Richmond, VA 23285

Chase Bank
599 Speedwell Ave.
Morris Plains, NJ 07950

Chase Visa
201 N. Walnut Street
Wilmington, DE 19801

Credit One
PO BOX 98873
Las Vegas, NV  89119

Credit One
PO BOX 98873
Las Vegas, NV 89119

Deily and Glastetter LLP
8 Thurlow Terrace
Albany, NY 12203

Deily and Glastetter LLP
8 Thurlow Terrace
Albany, NY 12203

Discover
PO Box 30943
Salt Lake city , UT 84130-0943

Discover Card
PO Box 71084
Charlotte, NC 28272

First National Credit Card
500 E. 60th Street N
Sioux Dalls, SD 57104

First national Credit Card ( Attention C
500 E 60th St N
Sioux Falls, SD 57104

First Savings CC
PO BOX 5019
Sioux Falls, SD 57117

First Savings CC
PO Box 5019
Sioux Falls, SD 57117

FMA Alliance LTD
12339 Cutten Rd
Houston, TX 77066

FMA Alliance LTD
12339 Cutten Road
Houston, TX 77066

Focus Receivables Mgt. LLC
1130 Northchase Parkway  Suite 150
Marietta, GA 30067

Focus Receivables MGT. LLC
1130 Northchase Parkway Suite# 150
Marietta, GA 30067

Freshview
4340S Monaco Street Suite 400
Denver, CO 80237

Freshview
c/o CACH, LLC
4340 S. Monaco Street  Suite 400
Denver, CO 80237

Frontline Asset Strategies, LLC
2700 Snelling Ave. North
Suite # 250
Roseville, MN  55113

Global Holding and Investment Co., Inc.
c/o Daryl Epstein, Esq.
110 Wall Street
New York, New York 10005

Golden Valley Lending
635 East Hwy. 20 E
Upper Lake, CA 95485

Golden Valley Lending
635 East Hwy 20
East Upper lake, Ca 95485

Green Trust
PO BOX 340
Hays, MT 59527

Green Trust
PO Box 340
Hays, MT 59527

KOHL'S
PO BOX 2983
Milwaukee, WI 53201

KOHL'S
PO Box 2983
Milwaukee, WI 53201

Lending Club
71 Stevenson Street  Suite 300
San francisco, CA 94105

LENDING CLUB
71 Stevenson Street Suite 300
San Francisco, CA 94105

LTD Financial
7322 Southwest Freeway Suite 1600
Houston, TX 77074

LTD Financial
7322 Southwest Freeway  Suite 1600
Houston, TX 77074

Maxlend
PO BOX 428
Parshall, ND 58770

Mercantile Innovation Solutions
C/O KOHL'S
165 Lawrence Bell Drive  Suite 100
Willaimsville, NY 14221-7900

NIIWIN LLC d/b/a/ lendgreen.com
PO Box 221
Lac du Flambeau, WI 54538

Northland Group
c/o KOHL'S
PO Box 390846
Minneapolis, MN 55439

One Main Financial
601 NW 2nd Styreet
Evansville, IN 47708

One Main Financial
601 NW 2nd Street
Evansville, IN 47708

Peerform
711 3rd Ave.
New York, NY 10017

Peerform
c/o Cross River Bank
711 3rd Ave. Fl. 6
New York, NY 10017-4029

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

Prosper
221 Main Street  Suite 300
San Francisco, CA 94105

Raymour and Flanigan
c/o Wells Fargo
7000 Vista Drive West
Des Moines, IA 50266

RGS
PO BOX 852039
Richardson, TX 75085

RGS
PO Box 852039
Richardson, TX 75085

Skyview Heights Homeowners Association,
c/o Buckalew Frizzel Crevina
55 Harristown Road
Glen Rock, New Jersey 07452

Springleaf
601 NW 2nd Street
Evansville, IN 47708

Springleaf
601 NW 2nd Street
Evansville, IN 47708

SPS Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165

Tenaglia & Hunt
c/o One Main Financial
395 west Passaic Street  Suite 205
Rochelle Park, NJ 07662

The Adams Law Firm LLC  Att: Robert M. A
c/o Donna Archer
46 Elinora Drive
Wanaque, NJ 07465

Time Payment Corp.
16 NE Executive Park #200
Burlington, MA 01803

Van Ru Credit Corp.
c/o Discover Financial
PO Box 1259 Dept.# 96307
Oaks, PA 19456

Vital Recovery Services LLC
PO Box 923748
Peachtree Corners, GA 30010

Vital Recovery Services, LLC
PO Box 923748
Peachtree Corners, GA 30010

Webbank c/o Avant
640 N Lasalee St. Suite # 535
Chicago, LI 60654

Wells Fargo
7000 Vista Drive West
Des Moines , IA 50266