Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26056−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lisa Marie Haydon
  67 Averell Dr
  Parsippany, NJ 07950−1961

Social Security No.:
  xxx−xx−6582

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/21/2018 and a confirmation hearing on such Plan has been scheduled for 2/7/2019.

The debtor filed a Modified Plan on 2/15/2019 and a confirmation hearing on the Modified Plan is scheduled for 3/21/2019. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 19, 2019
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26056-VFP
Lisa Marie Haydon                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3           Date Rcvd: Feb 19, 2019
                             Form ID: 186             Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
```
db              #Lisa Marie Haydon,    67 Averell Dr,    Parsippany, NJ 07950-1961
517696055       +AWL- American Web Loan,    2128 N 14th St. #130,    Ponca City, OK 74601-1831
517696047        Ally Financal,   P.O. Box 380901,    Bloomington, IA 50266
517696048       +American Express Centurion Services Corp,    c/o Jaffe & Asher,    1107 Goffle Road,
                  Hawthorne, New Jersey 07506-2000
518022058       +American Express Centurion Services Corp.,    c/o Jaffe & Asher,    1107 Goffle Road,
                  Hawthorn, NJ 07506-2000
517696049       +Atlantic Credit & Finance Inc.,    c/o Credit One Bank, N.A.,    PO Box 2083,
                  Warren, MI 48090-2083
517962466        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517696057       +Chase Bank,    599 Speedwell Ave.,    Morris Plains, NJ 07950-2296
517696058       +Chase Visa,    201 N. Walnut Street,    Wilmington, DE 19801-2920
517696069       +FMA Alliance LTD,    12339 Cutten Rd,    Houston, TX 77066-1807
517696065       +First National Credit Card,    500 E. 60th Street N,   Sioux Dalls, SD 57104-0478
517696067       +First Savings CC,    PO BOX 5019,    Sioux Falls, SD 57117-5019
517696066       +First national Credit Card ( Attention C,    500 E 60th St N,   Sioux Falls, SD 57104-0478
517696072       +Focus Receivables MGT. LLC,    1130 Northchase Parkway Suite# 150,    Marietta, GA 30067-6429
517696071       +Focus Receivables Mgt. LLC.,    1130 Northchase Parkway Suite 150,    Marietta, GA 30067-6429
517696075       +Global Holding and Investment Co., Inc.,    c/o Daryl Epstein, Esq.,    110 Wall St,
                  New York, New York 10005-3801
518022057       +Global Holding and Investment Co., Inc.,    c/o Daryl Epstein, Esq.,    110 Wall Street,
                  New York, NY 10005-3801
517696077       +Golden Valley Lending,    635 East Hwy 20,    East Upper lake, Ca 95485-8793
517696076       +Golden Valley Lending,    635 East Hwy. 20 E,    Upper Lake, CA 95485-8793
517696086       +Maxlend,    PO BOX 428,   Parshall, ND 58770-0428
517696087        Mercantile Innovation Solutions,    C/O KOHL'S,    165 Lawrence Bell Drive Suite 100,
                  Willaimsville, NY 14221-7900
517696089       +Northland Group,    c/o KOHL'S,    PO Box 390846,   Minneapolis, MN 55439-0846
517696092       +Peerform,    711 3rd Ave.,    New York, NY 10017-4029
517696093        Peerform,    c/o Cross River Bank,    711 3rd Ave. Fl. 6,   New York, NY 10017-4029
517696095       +Prosper,    221 Main Street Suite 300,    San Francisco, CA 94105-1909
517696096       +Raymour and Flanigan,    c/o Wells Fargo,    7000 Vista Drive West,    Des Moines, IA 50266-9310
517696099       +Skyview Heights Homeowners Association,,    c/o Buckalew Frizzel Crevina,    55 Harristown Road,
                  Glen Rock, New Jersey 07452-3313
518022059        Skyview Heights Homeowners Association, Inc.,    c/o Griffin Alexander,    415 NJ-10 #6,
                  Randolph, NJ 07869
517696103       +Tenaglia & Hunt,    c/o One Main Financial,    395 west Passaic Street Suite 205,
                  Rochelle Park, NJ 07662-3016
517696104       +The Adams Law Firm LLC  Att: Robert M. A,    c/o Donna Archer,    46 Elinora Drive,
                  Wanaque, NJ 07465-1603
517696106       +Van Ru Credit Corp.,    c/o Discover Financial,    PO Box 1259 Dept.# 96307,
                  Oaks, PA 19456-1259
517696107       +Vital Recovery Services LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
517696110       +Wells Fargo,    7000 Vista Drive West,    Des Moines , IA 50266-9310
517999174        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 01:26:02      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 01:25:59      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517696051       +E-mail/Text: ACF-EBN@acf-inc.com Feb 20 2019 01:25:20      Atlantic Credit and Finance,
                  3353 Orange Ave. NE,    Roanoke, VA 24012-6335
517696052       +E-mail/Text: bk@avant.com Feb 20 2019 01:26:27      Avant,    222 N Lasalee Street Suite 1700,
                  Chicago, IL 60601-1101
517696054       +E-mail/Text: bk@avant.com Feb 20 2019 01:26:27      Avant,    c/o WebBank,
                  640 N LasSalle St. Suite 535,    Chicago, IL 60654-3731
517983266        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 01:32:49      CACH, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517696056        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2019 01:33:33      Capital One,
                  PO Box 85015,   Richmond, VA 23285
517696059       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 20 2019 01:32:48      Credit One,
                  PO BOX 98873,   Las Vegas, NV 89193-8873
517696063        E-mail/Text: mrdiscen@discover.com Feb 20 2019 01:25:21      Discover,    PO Box 30943,
                  Salt Lake city , UT 84130-0943
517927987        E-mail/Text: mrdiscen@discover.com Feb 20 2019 01:25:21      Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517696064       +E-mail/Text: mrdiscen@discover.com Feb 20 2019 01:25:21      Discover Card,    PO Box 71084,
                  Charlotte, NC 28272-1084
517696073       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 01:32:49      Freshview,
                  4340S Monaco Street Suite 400,    Denver, CO 80237-3485
517696074       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 01:32:49      Freshview,
                  c/o CACH, LLC,    4340 S. Monaco Street Suite 400,    Denver, CO 80237-3485
```

```
District/off: 0312-2            User: admin                 Page 2 of 3                   Date Rcvd: Feb 19, 2019
                                Form ID: 186                Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518016717         +E-mail/Text: Banko@frontlineas.com Feb 20 2019 01:26:50      Frontline Asset Strategies, LLC,
                   2700 Snelling Ave. North,    Suite # 250,    Roseville, MN 55113-1783
517696078         +E-mail/Text: collections@greentrustcash.com Feb 20 2019 01:26:33       Green Trust,    PO BOX 340,
                   Hays, MT 59527-0340
517696080         +E-mail/Text: bncnotices@becket-lee.com Feb 20 2019 01:25:24      KOHL*S,    PO BOX 2983,
                   Milwaukee, WI 53201-2983
517696084         +E-mail/Text: ebn@ltdfin.com Feb 20 2019 01:25:44      LTD Financial,
                   7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517696082         +E-mail/Text: bk@lendingclub.com Feb 20 2019 01:26:21      Lending Club,
                   71 Stevenson Street  Suite 300,    San francisco, CA 94105-2985
518001257         +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2019 01:25:59      Midland Funding LLC,
                   PO Box 2011,    Warren, MI 48090-2011
517696088         +E-mail/Text: bankruptcy@ldf-holdings.com Feb 20 2019 01:26:35
                   NIIWIN LLC d/b/a/ lendgreen.com,    PO Box 221,    Lac du Flambeau, WI 54538-0221
517696091         +E-mail/PDF: cbp@onemainfinancial.com Feb 20 2019 01:34:23       One Main Financial,
                   601 NW 2nd Street,    Evansville, IN 47708-1013
517696090         +E-mail/PDF: cbp@onemainfinancial.com Feb 20 2019 01:34:23       One Main Financial,
                   601 NW 2nd Styreet,    Evansville, IN 47708-1013
517957608         +E-mail/PDF: cbp@onemainfinancial.com Feb 20 2019 01:32:34       OneMain,    PO Box 3251,
                   Evansville, IN 47731-3251
518016362          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 01:33:39
                   Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                   Norfolk VA 23541
518016718          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 01:33:38
                   Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
517968714          E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2019 01:25:55
                   Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA  98083-0788
517696097         +E-mail/Text: bk@rgsfinancial.com Feb 20 2019 01:25:21      RGS,    PO BOX 852039,
                   Richardson, TX 75085-2039
517696100          E-mail/PDF: cbp@onemainfinancial.com Feb 20 2019 01:33:26       Springleaf,   601 NW 2nd Street,
                   Evansville, IN 47708
517696102         +E-mail/Text: jennifer.chacon@spservicing.com Feb 20 2019 01:26:52
                   SPS Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
517696105          E-mail/Text: marisa.sheppard@timepayment.com Feb 20 2019 01:26:07       Time Payment Corp.,
                   16 NE Executive Park #200,    Burlington, MA 01803
517696109         +E-mail/Text: bk@avant.com Feb 20 2019 01:26:27      Webbank c/o Avant,
                   640 N Lasalee St. Suite # 535,    Chicago, LI 60654-3731
                                                                                                TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517696094          Prosper
517696050*        +Atlantic Credit & Finance Inc.,    c/o Credit One Bank, N.A.,    PO Box 2083,
                   Warren, MI 48090-2083
517696053*        +Avant,    222 N Lasalee St. Suite 1700,    Chicago, IL 60601-1101
517696060*        +Credit One,    PO BOX 98873,    Las Vegas, NV 89193-8873
517696062*        +Deily and Glastetter LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
517696070*        +FMA Alliance LTD,    12339 Cutten Road,    Houston, TX 77066-1807
517696068*        +First Savings CC,    PO Box 5019,    Sioux Falls, SD 57117-5019
517696079*        +Green Trust,    PO Box 340,    Hays, MT 59527-0340
517696081*        +KOHL'S,    PO Box 2983,    Milwaukee, WI 53201-2983
517696083*        +LENDING CLUB,    71 Stevenson Street Suite 300,    San Francisco, CA 94105-2985
517696085*        +LTD Financial,    7322 Southwest Freeway  Suite 1600,    Houston, TX 77074-2134
517696098*        +RGS,    PO Box 852039,    Richardson, TX 75085-2039
517696101*       ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
                   (address filed with court:  Springleaf,    601 NW 2nd Street,    Evansville, IN 47708)
517696108*        +Vital Recovery Services, LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
517696061        ##+Deily and Glastetter LLP,    8 Thurlow Terrace,    Albany, NY 12203-1006
                                                                                              TOTALS: 1, * 13, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Feb 19, 2019
                              Form ID: 186             Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
              Alexander J. Rinaldi    on behalf of Debtor Lisa Marie Haydon jessica@srr-law.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```