UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach

In Re:

Lisa Marie Haydon

Case No.:   18-26056 VFP

Chapter:   13

Hearing Date:   3/7/19

Judge:   Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Objection to Confirmation filed on 2/21/19; docket number 48

_____

Date: 2/27/19                    /s/ Denise Carlon
                                 Signature

*rev.8/1/15*