AJR/0932
SALNY, REDBORD & RINALDI
Alexander J. Rinaldi, Esq.
9 Eyland Avenue at Route 10
Succasunna, New Jersey  07876
(973) 584-1520
Attorney for Debtor

**Order Filed on April 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
|  | Case No.: 18-26056 |
| Lisa Marie Haydon | RETURN DATE: April 4, 2019 |
| Debtor. | CHAPTER 13 |

## ORDER GRANTING RECLASSIFICATION OF
## PARTIALLY SECURED CLAIM TO UNSECURED CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 10, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**THIS MATTER,** having been opened to the Court on Notice of Motion by the Debtor by and through her attorney, **ALEXANDER J. RINALDI, ESQ.,** and all creditors of the Debtor as set forth in the Notice of Motion, upon Debtor's requesting to reclassify a partially secured claim to completely unsecured, namely; **Wells Fargo Bank, N.A. for Raymour and Flanigan, Claim No. 7-1**, and the Court having read the papers submitted and/or heard the argument of counsel, and for good cause having been shown;

**IT IS,** on this _____ day of April, 2019;

**ORDERED,** that the Partially Secured Claim filed by, **Wells Fargo Bank, N.A. for Raymour and Flanigan, Claim No. 7-1 in the amount of $5,002.59** reclassified as an unsecured claim in its entirety.

**IT IS FURTHER ORDERED,** that the Debtor shall serve a copy of this Order on Wells Fargo within three (3) business days of its entry.

_____
**U.S.B.J.**