_____AJR/0932_
SALNY, REDBORD & RINALDI
Alexander J. Rinaldi, Esq.
9 Eyland Avenue at Route 10
Succasunna, New Jersey  07876
(973) 584-1520
Attorney for Debtor

**Order Filed on April 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

_____

IN RE:                                      :   UNITED STATES BANKRUPTCY COURT
                                            :   Case No.: 18-26056
                                            :
Lisa Marie Haydon                           :   RETURN DATE: April 4, 2019
                                            :
       Debtor.                              :   CHAPTER 13
                                            :
                                            :
                                            :
_____:

### ORDER GRANTING RECLASSIFICATION OF
### PARTIALLY SECURED CLAIM TO UNSECURED CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: April 10, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**THIS MATTER,** having been opened to the Court on Notice of Motion by the Debtor by and through her attorney, **ALEXANDER J. RINALDI, ESQ.,** and all creditors of the Debtor as set forth in the Notice of Motion, upon Debtor's requesting to reclassify a partially secured claim to completely unsecured, namely; **Wells Fargo Bank, N.A. for Raymour and Flanigan, Claim No. 7-1**, and the Court having read the papers submitted and/or heard the argument of counsel, and for good cause having been shown;

**IT IS,** on this _____ day of April, 2019;

**ORDERED,** that the Partially Secured Claim filed by, **Wells Fargo Bank, N.A. for Raymour and Flanigan, Claim No. 7-1 in the amount of $5,002.59** reclassified as an unsecured claim in its entirety.

**IT IS FURTHER ORDERED,** that the Debtor shall serve a copy of this Order on Wells Fargo within three (3) business days of its entry.



**U.S.B.J.**

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-26056-VFP
Lisa Marie Haydon                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Apr 11, 2019
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db              #Lisa Marie Haydon,    67 Averell Dr,    Parsippany, NJ  07950-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0


Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
          Alexander J. Rinaldi   on behalf of Debtor Lisa Marie Haydon jessica@srr-law.com,
           5390@notices.nextchapterbk.com
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,  nj45@ecfcbis.com
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
           al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,
           et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Margaret  Mcgee   on behalf of U.S. Trustee   U.S. Trustee maggie.mcgee@usdoj.gov
          Marie-Ann  Greenberg   magecf@magtrustee.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7