UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

In Re:

Lisa Marie Haydon,

Debtor.

Case No.:         18-26056-VFP

Chapter:                13

Hearing Date:     7/18/2019

Judge:                Papalia

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 67 Averell Drive (Docket # 64)

_____

Date: 7/17/2019                            /s/ Denise Carlon
                                           Signature

*rev.8/1/15*