

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 | **Order Filed on August 6, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:  18-26056 VFP<br><br>Adv. No.:<br><br>Hearing Date:  7/18/19  @ 10:00 a.m.<br><br>Judge:  Vincent F. Papalia |
| In Re:<br>    Lisa Marie Haydon,<br><br>Debtor. | |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 6, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor: Lisa Marie Haydon
Case No: 18-26056 VFP
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 67 Averell Drive, Morris Plains, NJ, 07950, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Alexander J. Rinaldi, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 26, 2019, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2018 through December 2018 for a total post-petition default of $8,080.76 (4 @ 2,020.19); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $8,080.76 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor shall file a modified plan within twenty days of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2019, directly to Secured Creditor care of its servicer, SPS, Inc. P.O. Box 65450, Salt Lake City, UT 84165 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.