| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>LISA MARIE HAYDON | Case No.: 18-26056<br><br>Adv. No.:<br><br>Hearing Date: 10/17/2019<br><br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/09/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Reconvert**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
LISA MARIE HAYDON
67 AVERELL DR
PARSIPPANY, NJ  07950-1961
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ALEXANDER J RINALDI ESQ
SALNY, REDBORD & RINALDI
9 EYLAND AVE AT RT 10
SUCCASUNNA, NJ  07876
Mode of Service:  Regular Mail

OFFICE OF THE UNITED STATES TRUSTEE
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  September 09, 2019

By:  /S/ Jackie Michaels
Jackie Michaels