| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Order Filed on November 14, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br>Chapter 13 Case No.:  18-26056 |
| IN RE:<br><br>   LISA MARIE HAYDON | **HEARING DATE:  10/17/2019**<br><br>**Judge:  VINCENT F. PAPALIA** |

### ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: November 14, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s):  LISA MARIE HAYDON

Case No.:  18-26056

Caption of Order:    ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee to reconvert this case, and the Court having considered the Chapter 13 Standing Trustee's Certification, and good and sufficient cause having been shown, it is

ORDERED, that the case shall be reconverted to Chapter 7; and it is further

ORDERED, that the appointment of Marie-Ann Greenberg is hereby terminated; and it is further

ORDERED, that within 120 days of the date of this Order, the Chapter 13 Trustee shall file a Final Report including an accounting of all receipts and distributions, or a statement indicating why the report can not be filed; and it is further

ORDERED, that the Chapter 13 Trustee shall return any funds on hand to the debtor within 30 days of the date of this Order, unless an objection is filed with the Court and served upon the Trustee within that time; and it is further

ORDERED, that within 15 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this Order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order.

2