| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>   LISA MARIE HAYDON | Order Filed on November 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13 Case No.:  18-26056<br><br><br>HEARING DATE:  10/17/2019<br><br>Judge:  VINCENT F. PAPALIA |

### ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: November 14, 2019

                                                                  _____
                                                                  Honorable Vincent F. Papalia
                                                                  United States Bankruptcy Judge

Debtor(s): LISA MARIE HAYDON

Case No.: 18-26056

Caption of Order:    ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee to reconvert this case, and the Court having considered the Chapter 13 Standing Trustee's Certification, and good and sufficient cause having been shown, it is

ORDERED, that the case shall be reconverted to Chapter 7; and it is further

ORDERED, that the appointment of Marie-Ann Greenberg is hereby terminated; and it is further

ORDERED, that within 120 days of the date of this Order, the Chapter 13 Trustee shall file a Final Report including an accounting of all receipts and distributions, or a statement indicating why the report can not be filed; and it is further

ORDERED, that the Chapter 13 Trustee shall return any funds on hand to the debtor within 30 days of the date of this Order, unless an objection is filed with the Court and served upon the Trustee within that time; and it is further

ORDERED, that within 15 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,
- all schedules and statements required by 11 U.S.C. 521(a), if such documents have not already been filed, and
- a schedule of all property which was acquired after the commencement of the case, but before the entry of this Order, and
- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order, and
- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa Marie Haydon  
    Debtor

Case No. 18-26056-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Nov 15, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.  
db           #Lisa Marie Haydon,    67 Averell Dr,    Parsippany, NJ    07950-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:  
         Alexander J. Rinaldi    on behalf of Debtor Lisa Marie Haydon jessica@srr-law.com, 5390@notices.nextchapterbk.com  
         Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com  
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov  
         Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                              TOTAL: 7