## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>　　　LISA MARIE HAYDON<br><br><br>　　　Debtor(s) | Case No. 18-26056 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/11/2018.

2) The plan was confirmed on 05/20/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/09/2019.

5) The case was converted on 11/14/2019.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,950.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $4,754.65 | |
| Less amount refunded to debtor | $459.78 | |
| **NET RECEIPTS:** | | **$4,294.87** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $203.94 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,203.94** |

Attorney fees paid and disclosed by debtor:          $0.00

## Attorney Fees:

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---|---|
| ALEXANDER J RINALDI ESQ | Attorney Fee | $0.00 | $2,000.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | Secured | 0.00 | 609.20 | 609.20 | 43.61 | 0.00 |
| AMERICAN EXPRESS CENTURION SI | Unsecured | 54,339.00 | NA | NA | 0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE INC. | Unsecured | 693.04 | NA | NA | 0.00 | 0.00 |
| ATLANTIC CREDIT AND FINANCE | Unsecured | 2,806.98 | NA | NA | 0.00 | 0.00 |
| AVANT | Unsecured | 9,269.80 | NA | NA | 0.00 | 0.00 |
| AVANT | Unsecured | 9,269.80 | NA | NA | 0.00 | 0.00 |
| AWL- AMERICAN WEB LOAN | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | NA | 16,198.38 | 16,198.38 | 0.00 | 0.00 |
| CACH LLC | Unsecured | 3,785.75 | 4,498.60 | 4,498.60 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | 808.25 | 808.25 | 808.25 | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 3,783.12 | NA | NA | 0.00 | 0.00 |
| CHASE VISA | Unsecured | 3,783.12 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE | Unsecured | 2,113.94 | NA | NA | 0.00 | 0.00 |
| DEILY AND GLASTETTER LLP | Unsecured | 6,761.64 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 21,492.88 | 21,492.88 | 21,492.88 | 1,538.77 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | NA | 8,080.76 | 8,080.76 | 508.55 | 0.00 |
| DISCOVER BANK | Unsecured | 1,540.12 | 1,540.12 | 1,540.12 | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 225.40 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS CC | Unsecured | 695.54 | NA | NA | 0.00 | 0.00 |
| FMA ALLIANCE LTD | Unsecured | 1,344.00 | NA | NA | 0.00 | 0.00 |
| FOCUS RECEIVABLES MGT. LLC | Unsecured | 695.54 | NA | NA | 0.00 | 0.00 |
| FRESHVIEW | Unsecured | 4,061.04 | NA | NA | 0.00 | 0.00 |
| GLOBAL HOLDING AND INVESTMEN | Unsecured | 35,000.00 | NA | NA | 0.00 | 0.00 |
| GOLDEN VALLEY LENDING | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GREEN TRUST | Unsecured | 2,255.00 | NA | NA | 0.00 | 0.00 |
| LENDING CLUB | Unsecured | 596.32 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL | Unsecured | 283.09 | NA | NA | 0.00 | 0.00 |
| MERCANTILE INNOVATION SOLUTIO | Unsecured | 808.25 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,113.94 | 2,180.00 | 2,180.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 693.04 | 765.00 | 765.00 | 0.00 | 0.00 |
| NIIWIN LLC D/B/A/ LENDGREEN.COM | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 808.25 | NA | NA | 0.00 | 0.00 |
| ONEMAIN | Unsecured | 7,607.84 | 7,607.84 | 7,607.84 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 691.00 | 701.36 | 701.36 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,000.00 | 668.03 | 668.03 | 0.00 | 0.00 |
| RGS | Unsecured | 141.55 | NA | NA | 0.00 | 0.00 |
| SKYVIEW HEIGHTS HOMEOWNERS A | Unsecured | 4,637.38 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF | Unsecured | 6,761.64 | NA | NA | 0.00 | 0.00 |
| TENAGLIA & HUNT | Unsecured | 7,607.84 | NA | NA | 0.00 | 0.00 |
| THE ADAMS LAW FIRM LLC ATT: ROI | Unsecured | 29,763.00 | NA | NA | 0.00 | 0.00 |
| TIME PAYMENT CORP. | Unsecured | 26,172.12 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP. | Unsecured | 1,540.12 | NA | NA | 0.00 | 0.00 |
| VITAL RECOVERY SERVICES, LLC | Unsecured | 14,053.92 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 5,321.91 | 5,002.59 | 5,002.59 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $29,573.64 | $2,047.32 | $0.00 |
| Debt Secured by Vehicle | $609.20 | $43.61 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$30,182.84** | **$2,090.93** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$39,970.17** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,203.94 |
| Disbursements to Creditors | $2,090.93 |
| **TOTAL DISBURSEMENTS** : | **$4,294.87** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/16/2019                    By: /s/ Marie-Ann Greenberg
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**