AJR/0932
SALNY, REDBORD & RINALDI
Alexander J. Rinaldi, Esq.
9 Eyland Avenue at Route 10
Succasunna, New Jersey  07876
(973) 584-1520
Attorney for Debtor

**Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
|  | Case No.: 18-26056 |
| Lisa Marie Haydon | RETURN DATE:   April 16, 2020 at 10:00 am |
| Debtor. | CHAPTER 13 |

# ORDER GRANTING PAYMENT OF UNCLAIMED FUNDS TO LISA MARIE HAYDON

The payment of unclaimed funds set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 17, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor: Lisa Marie Haydon
Case No.: 18-26056
Caption: Order For Payment of Unclaimed Funds to Lisa Marie Haydon

---

Upon the motion for Lisa Marie Haydon for the payment of unclaimed funds in the total amount of $459.78 payable to Lisa Marie Haydon, and for cause shown, it is

ORDERED, that the clerk, United States Bankruptcy Court, shall, within fourteen (14) days from the entry of the within Order, remit the total sum of $459.78 from the Registry to Lisa Marie Haydon (last 4 digits of taxpayer identification no. 6582)

It is further ORDERED that the check in the amount of $459.78 shall be made payable to Lisa Marie Haydon and mailed to counsel for Lisa Marie Haydon as follows:

>   ALEXANDER J. RINALDI, ESQ
>   SALNY REDBORD AND RINALDI
>   9 Eyland Avenue
>   Succasunna, NJ 07876

It is further ORDERED that the funds which are the subject of the within Order represent the unclaimed funds deposited by the Trustee in the within case pursuant to Notice Depositing Unclaimed Funds filed as Document No. 76.