AJR/0932
SALNY, REDBORD & RINALDI
Alexander J. Rinaldi, Esq.
9 Eyland Avenue at Route 10
Succasunna, New Jersey  07876
(973) 584-1520
Attorney for Debtor

Order Filed on April 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| | : Case No.: 18-26056 |
| Lisa Marie Haydon | : RETURN DATE:   April 16, 2020 at 10:00 am |
| Debtor. | : CHAPTER 13 |

### ORDER GRANTING PAYMENT OF UNCLAIMED FUNDS TO LISA MARIE HAYDON

The payment of unclaimed funds set forth on the following page, numbered two (2),  is hereby **ORDERED**.

**DATED: April 17, 2020**

_____
**H**onorable Vincent F. Papalia
**United States Bankruptcy Judge**

(Page 2)

Debtor: Lisa Marie Haydon
Case No.: 18-26056
Caption: Order For Payment of Unclaimed Funds to Lisa Marie Haydon

---

Upon the motion for Lisa Marie Haydon for the payment of unclaimed funds in the total amount of $459.78 payable to Lisa Marie Haydon, and for cause shown, it is

ORDERED, that the clerk, United States Bankruptcy Court, shall, within fourteen (14) days from the entry of the within Order, remit the total sum of $459.78 from the Registry to Lisa Marie Haydon (last 4 digits of taxpayer identification no. 6582)

It is further ORDERED that the check in the amount of $459.78 shall be made payable to Lisa Marie Haydon and mailed to counsel for Lisa Marie Haydon as follows:

ALEXANDER J. RINALDI, ESQ
SALNY REDBORD AND RINALDI
9 Eyland Avenue
Succasunna, NJ 07876

It is further ORDERED that the funds which are the subject of the within Order represent the unclaimed funds deposited by the Trustee in the within case pursuant to Notice Depositing Unclaimed Funds filed as Document No. 76.

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa Marie Haydon  
    Debtor

Case No. 18-26056-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 17, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.  
db          #Lisa Marie Haydon,    67 Averell Dr,    Parsippany, NJ    07950-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:

           Alexander J. Rinaldi    on behalf of Debtor Lisa Marie Haydon jennifer@srr-law.com,  
             5390@notices.nextchapterbk.com  
           Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.  
             trustee@stanzialelaw.com,    nj45@ecfcbis.com  
           Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et  
             al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,  
             et al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov  
           Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et  
             al... rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                  TOTAL: 7