Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−26056−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lisa Marie Haydon
  67 Averell Dr
  Parsippany, NJ 07950−1961

Social Security No.:
  xxx−xx−6582

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after May 28, 2020 for the reason(s) indicated below.

☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 28, 2020
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa Marie Haydon  
    Debtor

Case No. 18-26056-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 28, 2020  
    Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.  
db    #Lisa Marie Haydon,    67 Averell Dr,    Parsippany, NJ    07950-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg    E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2020 22:57:54    U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534  
smg    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2020 22:57:51    United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
    TOTAL: 2

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
tr    Benjamin A. Stanziale, Jr., Trustee,    29 Northfield Avenue,    Suite 201,    West Orange  
    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:  
    Alexander J. Rinaldi    on behalf of Debtor Lisa Marie Haydon jennifer@srr-law.com, 5390@notices.nextchapterbk.com  
    Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com  
    Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov  
    Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... rsolarz@kmllawgroup.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 7