Case 18-26056-VFP    Doc 86    Filed 05/14/20    Entered 05/14/20 14:28:45    Desc Main
Document      Page 1 of 1

5/12/2020                Salny Redbord and Rinaldi Mail - U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Lisa Marie Haydon, Case N...



Jennifer S &lt;jennifer@srr-law.com&gt;

## U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Lisa Marie Haydon, Case Number: 18-26056, VFP, Ref: [p-150240823]

1 message

USBankruptcyCourts@noticingcenter.com &lt;USBankruptcyCourts@noticingcenter.com&gt;　　Mon, May 11, 2020 at 5:45 PM
To: jennifer@srr-law.com

Notice of Returned Mail to Debtor/Debtor's Attorney

May 11, 2020

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

　　In re: Lisa Marie Haydon, Case Number 18-26056, VFP

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

　　　　　　　　　　　U.S. Bankruptcy Court
　　　　　　　　　　　MLK Jr Federal Building
　　　　　　　　　　　50 Walnut Street
　　　　　　　　　　　Newark, NJ 07102

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Lisa Marie Haydon
67 Averell Dr
Parsippany, NJ 07950-1961

THE UPDATED ADDRESS IS:

2030 Rt 35
Unit E
Seaside Heights NJ 08751

/s/ Alexander G Rinaldi
Signature of Debtor or Debtor's Attorney

5-14-2020
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.