Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  18–26056–VFP
                            Chapter:  7
                            Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa Marie Haydon
   2030 Rt 35, Unit E
   Seaside Heights, NJ 08151

Social Security No.:
   xxx–xx–6582

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 24, 2020</u>                <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court