6/25/2020 Sainy Redbord and Rinaldi Mail - U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Lisa Marie Haydon, Case N…

Case 18-26056-VFP    Doc 90    Filed 06/25/20    Entered 06/25/20 13:57:36    Desc Main
Document    Page 1 of 2



Jennifer S <jennifer@srr-law.com>

# U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Lisa Marie Haydon, Case Number: 18-26056, VFP, Ref: [p-152025074]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>    Thu, Jun 25, 2020 at 12:40 PM
To: jennifer@srr-law.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

June 26, 2020

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
     In re: Lisa Marie Haydon, Case Number 18-26056, VFP

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102**

Undeliverable Address:
Atlantic Credit and Finance
3353 Orange Ave. NE
Roanoke, VA 24012

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

111 Franklin Rd SE,
Roanoke, VA 24011

Undeliverable Address:
Deily and Glastetter LLP
8 Thurlow Terrace
Albany, NY 12203

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

8, Southwoods Blvd Suite 207
Albany, NY 12211

Undeliverable Address:
Lisa Marie Haydon
67 Averell Dr.
Parsippany, NJ 07950-1961

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

10 Rt 35
Red Bank, NJ 07701-5902

Undeliverable Address:
Prosper

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

221 Main Street Suite 300
San Francisco, CA 94105

/S/ alexander J Rinaldi                    6/25/2020
Signature of Debtor or Debtor's Attorney    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

B_P218260563180358.PDF
6K