**Gmail**

Jennifer S <jennifer@srr-law.com>

## U.S. Bankruptcy Court, District of New Jersey - Returned Mail Notice, In re: Lisa Marie Haydon, Case Number: 18-26056, VFP, Ref: [p-152569581]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>  Thu, Jul 9, 2020 at 3:16 PM
To: jennifer@srr-law.com

Notice of Returned Mail to Debtor/Debtor's Attorney

July 9, 2020

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Lisa Marie Haydon, Case Number 18-26056, VFP

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Van Ru Credit Corp.
c/o Discover Financial
PO Box 1259 Dept.# 96307
Oaks, PA 19456-1259

THE UPDATED ADDRESS IS:

P.O Box 30295
Chicago, Illinois 60630

/S/ Alex Rinaldi
Signature of Debtor or Debtor's Attorney

7/10/2020
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.